UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN HARTEL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-25-404-G |
| | ) |
| THE BOARD OF REGENTS FOR THE | ) |
| UNIVERSITY OF OKLAHOMA et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The record in this case reflects that counsel for Plaintiff Austin Hartel has not filed an entry of appearance as required by Local Civil Rule 83.4.

IT IS THEREFORE ORDERED that counsel for Plaintiff shall enter an appearance within seven (7) days of the date of this Order on the form prescribed by the local rules of this Court.

IT IS SO ORDERED this 2nd day of May, 2025.

_____
CHARLES B. GOODWIN
United States District Judge